```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MERIDIAN MUT. INS. CO.,     :    CIVIL ACTION
                            :    No. 08-1995
        Plaintiff,          :
                            :
v.                          :
                            :
JAMES GILLIGAN BUILDERS,    :
                            :
        Defendant.          :
```

## O R D E R

**AND NOW**, this **18th day of June 2009,** it is hereby **ORDERED** that, for the reasons stated in the accompanying memorandum, Plaintiff's motion for summary judgment (doc. no. 14) is **GRANTED**.

**AND IT IS SO ORDERED.**

                                         S/Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO, J.**